[No. 26969-4-II.  Division Two.  June 8, 2004.]

*In the Matter of the Detention of* RALPH SPINK.

RALPH SPINK, *Appellant*, v. THE STATE OF WASHINGTON,
*Respondent*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 98-2-01141-2, David E. Foscue, J.,
entered November 29, 2000. *Affirmed* by unpublished opin-
ion per Morgan, J., concurred in by Quinn-Brintnall, C.J.,
and Houghton, J.

[No. 28845-1-II.  Division Two.  June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. KIM ROBERT
DELAVERGNE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 01-1-04547-6, Thomas Felnagle, J., entered
May 17, 2002. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater and Armstrong,
JJ.

[No. 29176-2-II.  Division Two.  June 8, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN BENJAMIN
SHERROD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-01379-3, James R. Orlando, J., entered
August 2, 2002. *Affirmed in part* and *remanded* by un-
published opinion per Hunt, J., concurred in by Quinn-
Brintnall, C.J., and Morgan, J.